

OHIO BAR LIABILITY INSURANCE COMPANY                    1650 Lake Shore Drive, Suite 285, Columbus, Ohio 43204-4894

February 29, 2016

CONFIDENTIAL

Daniel R. Bache, Esq.
50 S. Main Street, 10th Floor
Akron, Ohio 44308-1828

RE:    Policy No.: F302721
        Our File No.:
        Claimant/matter: Akron Board of Education

Dear Attorney Bache:

       This letter will confirm your report to OBLIC of a claim asserted against you by the Akron Board of Education in the U.S. District Court for the Northern District of Ohio. We first noted the report of this matter to OBLIC on February 26, 2016.

       OBLIC policies, as are almost all professional liability policies, are issued on a "claims made and reported" basis. In order for a claim to be covered by the policy, it must first be made against the insured and reported to the company during the policy period. The policy provides that if a "Claim is made or suit is brought against the Insured, the Insured shall immediately forward to the Company every demand, notice, summons or other process received by the Insured or the Insured's representative," *Notice of Claim or Suit,* section VI, at page 10 of the current version of the policy.

       On January 26, 2016, the Akron Board of Education filed a complaint to recover attorneys' fees, under 20 U.S.C. §§1400, et seq., based on the alleged frivolous, unreasonable and/or without foundation complaint you filed against it. You reported the claim to OBLIC on February 26, 2016. However, your policy with OBLIC expired on March 22, 2015. The claim was made after your policy expired and reported more than 30 days after your policy expired. The OBLIC policy does not provide coverage or a defense to you for this claim because it was first made and reported after your policy expired.

       Further, even if the claim was reported during the policy period, your policy did not cover such a claim. The OBLIC policy excludes coverage for any claim for money damages for "restitution, fines, penalties, sanctions or any award of attorney fees imposed against any Insured, and/or any other person or entity under any one or more of the following: Rule 11 of the Federal Rules of Civil Procedure, Rule 11 of the Ohio Rules of Civil Procedure, Ohio Revised Code Section 2323.51 (the "frivolous conduct" statute), or under any other federal, state or local statute or rules of procedure or common law designed to deter frivolous conduct by any party or attorney engaged in litigation," Exclusion (n)(2) of the policy. The complaint filed falls squarely within this exclusion, and as such, is not covered by your OBLIC policy. We strongly

For Overnight Mail:    800.227.4111    www.oblic.com
1650 Lake Shore Drive, Suite 285    Fax: 614.488.7936
Columbus, OH 43204-4894



OHIO BAR LIABILITY INSURANCE COMPANY     1650 Lake Shore Drive, Suite 285, Columbus, Ohio 43204-4894

suggest that this suit be reported to any commercial liability or umbrella insurer, or any other insurer that may provide coverage to you.

If you have any questions or comments regarding OBLIC's position, or wish to provide additional information for review, please feel free to do so.

Sincerely,

OHIO BAR LIABILITY INSURANCE COMPANY, by
Carl Marsh, Claims Counsel

For Overnight Mail:     800.227.4111     www.oblic.com
1650 Lake Shore Drive, Suite 285     Fax: 614.488.7936
Columbus, OH 43204-4894