# APPLICATION FOR LAWYERS PROFESSIONAL LIABILITY INSURANCE
## (CLAIMS-MADE AND REPORTED BASIS)

**INSTRUCTIONS (Please Print or Type All Replies)**

(a) If any space provided herein is insufficient for complete reply, please attach a separate sheet. Be sure to identify by number the question to which you are replying.

(b) If the answer to any question is none, please state NONE or N/A (if left blank, a follow-up will be required which will delay the application review process).

(c) A completed copy of the application must be signed and dated by the applicant (or partner or practicing stockholder in the event that the applicant is a partnership, LPA, LLC, or LLP).

(d) The term "firm" as used in this application includes individual or solo practitioners.

**PLEASE NOTE: A copy of your letterhead or a prototype must accompany this application.**

## Firm Name

| | |
|---|---|
| 1. Firm Name (should match your letterhead and legal entity name): | Wallace & Bache, LLC |
| Are you applying for Full Time Coverage? | Full Time Coverage |
| Upload Letterhead(or prototype) | View File |
| Present Policy Number | F307301 |
| Expiration Date | 04/30/2017 |

## Agency Information

| | |
|---|---|
| Are you working with one of our approved agents? | Yes |
| Agent * | OSBA Insurance Agency (1275) |
| Agent Name * | Danna Blackburn |

## Principal Office Address:

| | |
|---|---|
| Address #1 | 270 S. Cleveland Massillon Rd. |
| Address #2 | Suite B |
| City | Fairlawn |
| State | OH |
| Zip | 44333 |
| County | Summit |
| Office Phone: | 2344660829 |
| Fax Number: | 8665738377 |
| Email Address: | dan@GetHelpOhio.com |

Note: Please list any Secondary Office Locations (Use a separate sheet of paper if necessary)

| Address #1 | Address #2 | City | State | Zip | County | Secondary Phone Number: | Fax Number: | Email Address: |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

3. Year established: 2016

4. Specify Mode of practice below: LLC

Please explain

## 5. Limits/Deductibles

AVAILABLE LIMITS OF PROFESSIONAL LIABILITY (000's omitted) (Select Limits for additional quote(s) if different from current Limits) * Indicates available for only full-time coverage     $100/300

Specify other

AVAILABLE DEDUCTIBLES (Select Deductibles for additional quote(s) if different from current Deductible)
* Indicates available for only full-time coverage     $1,000

Effective date desired (OBLIC receipt of application or later) MM/DD/YYYY:     08/09/2016

**APPLICATION FOR LAWYER PROFESSIONAL LIABILITY INSURANCE (CLAIMS-MADE AND REPORTED BASIS)**

6. Please provide the information requested below for each lawyer for whom coverage is desired. Use separate sheet as necessary.

| | Last Name | First Name | Middle Initial | Email Address | +Full or Part Time Status | Year Lawyer Joined Firm | Other States in Which Licensed | Supreme Court Number | Year Licensed | Member of the OSBA? Yes/No | *Member of the OSBA College? Yes/No | OSBA College Certificate Upload |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Bache | Daniel | R | dan@GetHelpOhio.com | Full-time | 2016 | OH | 0086045 | 2010 | Yes | No | |
| 2 | Wallace | Jason | D | jason@GetHelpOhio.com | Full-time | 2016 | OH CO | 0090167 | 2013 | Yes | No | |
| 3 | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | |

+If applicant is part-time, please complete the Affirmation of Part-time Status.

*If any applicant is a member of The Ohio State Bar College, enclose a current copy of the membership certificate. A credit may apply.

# APPLICATION FOR LAWYERS PROFESSIONAL LIABILITY INSURANCE
## (CLAIMS-MADE AND REPORTED BASIS)

7. Does any lawyer named in Question 6 have any other law partner, associate, employee, "of counsel" or contract lawyer other than those named in Question 6?  **No**

If yes, please list the lawyer, name of firm and explain:

8. Has your firm (or have you as a sole practitioner) during the past 3 years provided services relating to securities including bonds/bills/notes to:

Issuers, underwriters, or affiliates thereof, with respect to the issuance, offering or sale of securities, whether registered or exempt transactions?  **No**

Client(s) who are subject to the reporting requirements of Section 13 or 15(d), or registered under Section 12 of the Securities Exchange Act of 1934?  **No**

If yes to either, please complete a Securities Law Practice Supplemental Application.

9. Does applicant's practice also involve acting in the capacity of any of the following?  **No**
As your lawyers professional liability insurance policy does not cover acts in these non-legal capacities, you are encouraged to carry separate professional liability insurance for work in these capacities. Coverage may be available for title insurance agents.

| | |
|---|---|
| Insurance Agent | No |
| Accountant | No |
| CPA | No |
| Real Estate Agent | No |
| Title Insurance Agent (Supplemental Application Needed) | No |
| Investment Advisor | No |

10. Indicate your estimate of the percentage of your firm's time devoted to:

| Code | Area | % | Code | Area | % |
|---|---|---|---|---|---|
| 01 | Administrative Law/Social Security | 25 | 22 | Immigration Law | |
| 02 | Appellate | 15 | 23 | International Law | |
| 03 | Arbitrator / Mediator | | 24 | Labor | |
| 04 | Banking and/or Savings & Loan | | 25 | Landlord/Tenant | 5 |
| 05 | Bankruptcy | | 26 | Litigation (If not included in other areas of practice) Please describe Litigation | |
| 06 | Civil Rights | 15 | | | |
| 07 | Class Action - Plaintiff | | | | |
| 08 | Collections - Commercial | | 27 | Municipal Law | |
| 09 | Collections - Consumer (Attach a copy of initial collection letter) | | 28 | Oil and Gas | |
| 10 | Commercial (Contracts, UCC, etc) | | 29 | Patents (Supplemental Needed) (Including patent litigation) | |
| 11 | Consumer Law | | 30 | Plaintiff Legal Malpractice | |
| 12 | Corporate (Formation, advice) | | 31 | Plaintiff Personal Injury (Includes Med Mal) | 5 |
| 13 | Criminal/Juvenile | 20 | 32 | Probate, Estates, Trusts & Wills | |
| 14 | Defendant Personal Injury | | 33 | Real Estate | 5 |
| 15 | Domestic Relations/Family Law | | 34 | Research/Writing | |
| 16 | Employment | 5 | 35 | Securities - Closely held, private placements (Supplemental Needed) | |
| 17 | Entertainment Law | | | | |
| 18 | Environmental Law | | 36 | Securities - Public offerings (Supplemental Needed) | |
| 19 | ERISA | | | | |
| 20 | Guardian Ad-litem | 5 | 37 | Subrogation | |
| 21 | Healthcare | | 38 | Tax | |
| | | | 39 | Trademarks & Copyrights | |
| | | | 40 | Workers' Compensation | |
| | | | 41 | Other and Explain | |
| | | | | **TOTAL** | **100.00** |

11. Does any applicant perform legal services as an employee of any person, organization, governmental entity or any lawyer or firm of lawyers other than applicant firm?   No

If yes, please describe nature of employment and percentage of total time devoted to this activity. Coverage will not apply.

| | Attorney Name | Position Held | Person/Organization/ Governmental Agy | % Total Time |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |

| | |
|---|---|
| 12a. (1) Has any applicant served as a director, officer, trustee, partner, member (LLC) or employee of any client of the firm? **Coverage may not apply.** | No |
| (2) If yes, how many clients? | |
| (3) If yes, have all positions been limited to secretary, treasurer or employee and without any ability to make board or managerial decisions in the past 5 years, or is presently serving in such capacity? | Yes |
| 12b. Within the past 5 years, has any applicant, or group of applicants, or any applicants' spouses listed in question #6 had an equity interest of more than 10% in any client of the applicant firm? **Coverage will not apply.** | No |

# APPLICATION FOR LAWYERS PROFESSIONAL LIABILITY INSURANCE
## (CLAIMS-MADE AND REPORTED BASIS)

13. Previous Insurance (last 6 years beginning with immediate prior coverage working backwards for each lawyer listed in question No. 6). If none, state "NONE." Please answer fully for each lawyer to insure accurate premium rating.

| | Lawyer Name As Listed in Question #6 | Insurance Company | Firm Name | Coverage "From" Date MM/DD/YYYY | Coverage "To" Date MM/DD/YYYY | Limits (Each Claim/Aggregate) | Deductible | Full or Part-time Coverage? |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 Daniel Bache 0086045 | OBLIC | Law Office of Daniel R. Bache | 04/30/2016 | 04/30/2017 | 100,0000/300,000 | 1,000 | Full Time |
| 2 | 1 Daniel Bache 0086045 | AmTrust | Roderick Linton & Belfance, LLP | 01/15/2015 | 04/30/2016 | 2,000,000/4,000,000 | 15,000 | Full Time |
| 3 | 1 Daniel Bache 0086045 | OBLIC | Law Office of Daniel R. Bache | 11/19/2010 | 03/22/2015 | 100,000/300,000 | 1,000 | Full Time |
| 4 | 2 Jason Wallace 0090167 | OBLIC | Law Office of Jason D. Wallace LC | 04/30/2016 | 04/30/2017 | 100,000/300,000 | 1,000 | Full Time |
| 5 | 2 Jason Wallace 0090167 | Amtrust | Roderick Linton & Belfance, LLP | 07/01/2014 | 04/30/2016 | 2,000,000/4,000,000 | 15,000 | Full Time |
| 6 | 2 Jason Wallace 0090167 | Amtrust | Law Office of Jason D. Wallace LC | 07/17/2013 | 06/30/2014 | 100,000/300,000 | 1,000 | Full Time |

Use separate sheet as necessary.

# APPLICATION FOR LAWYERS' PROFESSIONAL LIABILITY INSURANCE
## (CLAIMS-MADE AND REPORTED BASIS)

14. Have you ever purchased an option for Extended Reporting ("TAIL") for claims occurring during the policy term, but not reported within that term? — No

If yes, when? MM/DD/YYYY

for what limit?

and for what length of time?

15. Does any applicant have an office space and/or expense sharing arrangement with any other lawyers? — No

If yes, then please complete the Office/Expense Sharing Supplemental Application.

QUESTIONS 16 THROUGH 21 EACH LAWYER LISTED UNDER ITEM 6 SHALL BE CONSIDERED AS AN APPLICANT.
(Please provide complete details on all "Yes" answers.)

16. Has any applicant ever been reprimanded by or refused admission to practice, disbarred, or suspended (including voluntarily suspended) from practice before any court or administrative agency? — No

Select applicants

Lawyer (Last, First, Initial)/Explanation

17. Has any applicant's professional liability insurance coverage ever been cancelled or non-renewed? — No

If yes, please supply the notice from carrier.

Select applicants

Lawyer (Last, First, Initial)/Explanation

18. Has any applicant ever been treated for alcohol or drug abuse? — No

Select applicants

If yes, please provide an explanation, timeframe, and the name of your sponsor and a lawyer reference.

19. Has any applicant been charged with or convicted of a criminal offense involving moral turpitude or of a felony? — No

Select applicants

20. Within the last 6 years, has any professional liability claim been asserted or action filed against any applicant? — Yes

If yes, please attach a copy of the notice to your insurance carrier. In addition, complete a Supplemental Claim Information form. * — View File

21. Does any applicant know of any circumstances, act, error or omission which could result in a professional liability claim against any lawyer to be covered in Item 6, whether or not a claim has actually been made? — No

Select applicants

If yes, please attach a copy of the notice to your insurance carrier or provide a description of the circumstances, if not reported.

Lawyer (Last, First, Initial)/Explanation

## CONFLICT OF INTEREST SYSTEM:

22. Does the firm maintain a method of monitoring conflicts of interest? — Yes

If no, please explain:

If yes, how does the firm retain conflicts of interest avoidance information? Please check all applicable methods used. * — Computerized

Other (describe)

## CALENDAR/DOCKET CONTROL SYSTEM:

23. Do you have a planned method for your calendar/docket control? — Yes

If no, please explain:

If yes, describe, briefly, your method of docket control with particular comments on cross checking. * — We use Amicus and it places events on our calendar according to the appropriate procedure (civil, administrative, criminal). These are checked weekly by my assistant.

# APPLICATION FOR LAWYERS PROFESSIONAL LIABILITY INSURANCE
## (CLAIMS-MADE AND REPORTED BASIS)

### 24. CLIENT COMMUNICATION:

| | |
|---|---|
| (a) Does the firm require the use of engagement letters on all new client matters undertaken by your firm? | Yes |
| Click here for sample communications letter | |
| If yes, upload sample letter | |
| Will use OBLIC sample letter * | Yes |
| (b) Does your firm require the use of a written fee or retainer agreements on all engagements with new clients? | Yes |
| Click Here for sample communications letter | |
| If yes, upload sample letter | |
| Will use OBLIC sample letter * | Yes |
| (c) Are declination or non-representation letters issued on matters declined by the firm, other than for telephone inquiries outside your area of practice? | Yes |
| Click Here for sample communications letter | |
| If yes, please provide a sample letter. | |
| Will use OBLIC sample letter * | Yes |

### 25. INTERNAL CONTROLS:

| | |
|---|---|
| (a) How many suits for collection of fees have been filed by the firm during the past 2 years? | 0 |
| (b) Does or would the firm wait more than one year from the completion of legal services before filing a suit for fees? | Yes |
| If no, please provide an explanation | |
| (c) What steps have been taken by the firm to reduce or avoid the necessity of future fee collection suits? | |
| Not Applicable | Not Applicable |
| (d) When evaluating whether a fee claim should be filed for collection, does the firm review the file for the purpose of evaluating whether the possibility of a counterclaim alleging malpractice might be filed in response thereto? | Not Applicable — yes |
| (e) Does any employee who has discretionary control or check writing authority have to have all such matters reviewed by a partner, shareholder or other lawyer in the firm? | Not Applicable — yes |
| (f) Are all trust account, estate and bank account statements for the firm reviewed monthly by more than one person/employee/partner or shareholder in the firm? | Not Applicable |

*handwritten: per u/w inquiry RR 8/25/16*

| | |
|---|---|
| 26. Does the firm provide written opinion letters to third parties who are creditors of clients? | No |
| If yes, please provide a sample letter (if not previously provided). | |

27. If any applicant is licensed in another state, please provide the

firm's percent of Ohio-based law work (based on firm's percent of Ohio-based law work (based on revenues) for all attorneys in your practice.

Not Applicable

Not Applicable

# APPLICATION FOR LAWYERS' PROFESSIONAL LIABILITY INSURANCE
## (CLAIMS-MADE AND REPORTED BASIS)

### Authorization

**WARRANTY:** I/We hereby declare that the above statements and particulars are true and that I/we have not suppressed or misstated any material facts; and I/we agree that this Application shall be the basis of the contract with the Company; and it is agreed that all representations contained herein are material as a matter of law, and that I/we will immediately notify the Company, said representations being deemed continuing, of any change in facts occurring prior to issuance of insurance pursuant hereto.

IT IS UNDERSTOOD THAT THIS IS AN APPLICATION FOR INSURANCE AND NOT A BINDER OF INSURANCE COVERAGE.

BY: (Authorized Representative of the Applicant)     Daniel R. Bache

DATE     2016-08-09 13:01:59.0

There is **no coverage** under OBLIC's policy for claims made and reported arising out of acts, errors or omissions during uninsured periods of time or periods during which "occurrence" coverage applied.

**WARNING:** Any person who, with intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud. (O.R.C. Sec. 3991.21)

APPLICATION FOR LAWYERS' PROFESSIONAL LIABILITY INSURANCE
(CLAIMS-MADE AND REPORTED BASIS)

# SUPPLEMENTAL CLAIM INFORMATION

| | |
|---|---|
| Full name of Firm/Applicant: (as shown on your letterhead) | Wallace & Bache, LLC |
| Policy No.: | F302721 |

**APPLICANT'S INSTRUCTIONS:**

1. This form is to be completed by Applicant who has been involved in any claim or suit or aware of an incident which may give rise to a claim. **COMPLETE ONE FORM FOR EACH CLAIM OR INCIDENT.**

2. If space is insufficient to answer any question fully, use the attached sheet.

3. Answer all questions completely.

**(PLEASE TYPE OR PRINT)**

| | |
|---|---|
| 1. Full name of Individual(s) of firm involved in the claim: | Daniel R. Bache per Danna Blackburn, all information is with previous application dated 2016-04-26 |
| 2. Full name of Claimant: | Akron Public School Board of Education |
| 3. Indicate whether: Claim/Suit or Incident (potential claim) | Claim/Suit |
| 4. Date of alleged error (MM/DD/YYYY): | 12/15/2014 |
| 5. Date when Applicant first knew of claim, act, error or omission (MM/DD/YYYY): | 01/26/2016 |
| 6. Additional defendants: | Jason D. Wallace, Roderick Linton Belfance, LLP |

7. IF CLOSED: Total Loss Paid, Including Deductible:

Indicate whether Court Judgement, or Out of court settlement.

8. If Pending:

| | |
|---|---|
| Claimant's settlement demand? | NA |
| Defendant's offer for settlement? | NA |
| Insurer's loss reserve? | NA |
| Deductible? | NA |
| Is claim in suit? Yes/No * | No |

9. Name of Insurer to whom claim or incident was reported:     AmTrust, OBLIC

10. Description of claim: (Provide enough information to allow evaluation and use attached sheet if additional space is required.)

A. Alleged act.     The due process complaint that was filed on December 15, 2014 by Defendants was frivolous, unreasonable, and/or

| | |
|---|---|
| error or omission upon which Claimant bases claim (such as failure to file suit within the statute of limitations): | without foundation and is supported by Defendants in the due process complaint based on factually erroneous allegations. |
| B. Description of case and events: | This was an administrative due process claim brought before the department of education. The child, who is on an IEP, was not provided the proper IEP, evaluation and services. He also has severe (life threatening) allergies (peanut) as well as other health issues that were not addressed in the IEP. The school exposed him to peanuts, to which he had a potential anaphylactic reaction, the school failed to follow health action plans and he had to be taken to the hospital. The child was deprived of educational opportunities because of his allergy. This is a novel case in the area. Widefield (CO) School District 3, Office of Civil Rights, Western Division, Colorado 08-14-1176 decided January 12, 2016, supports Defendant's position that it was not frivolous. Further, Plaintiff filed this fee-shifting suit untimely and a motion to dismiss has been filed. Plaintiff filed the complaint 229 days after the original Hearing Office |
| C. Description of the type and extent of injury or damage allegedly sustained | $26,673.26 in costs related to court reporter and hearing officer fees; reasonable attorney fees for 202 hours, at the usual and customary rate of $290.00/per hour |

## Authorization

I/We understand that this Supplement becomes a part of my/our Professional Liability application and is subject to the representations and conditions.

By:   Daniel R. Bache

(Authorized representative of applicant and/or policyholder)

Date   2016-08-09 13:01:59.0

**WARNING: Any person who, with intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud. (O.R.C. Sec. 3999.21)**

LPLA-CI-b (05-2014)