

OHIO BAR LIABILITY INSURANCE COMPANY          1650 Lake Shore Drive, Suite 285, Columbus, Ohio 43204-4894

April 14, 2017 – via regular US mail and email to dan@gethelpohio.com

**CONFIDENTIAL**

Wallace & Bache, LLC
270 S. Cleveland Massillon Rd. Suite B
Fairlawn, Ohio 44333

RE:    Policy No. F307703
       Matter: Cleveland Heights-University Heights City School District Board of Education vs. Wallace, et al.
       U.S. District Court for Northern District of Ohio – Case No. 5:17-cv-00553-SL

Dear Attorney Wallace and Attorney Bache:

This letter will confirm your report to OBLIC of the above-captioned lawsuit filed against you and your firm in the U.S. District Court for Northern District of Ohio. This case is similar in nature to other cases previously reported to OBLIC in December 2016.

The current OBLIC policy referenced above contains an "Exclusion of Prior Acts Endorsement," a copy of which I have previously sent. The OBLIC policy "shall not apply to any **"Claim"** made and reported to the Company arising out of any act, error, omission or **"Personal Injury"** involving any of the below listed Insured(s) occurring prior to and/or between the periods indicated." Any act, error or omission on your part occurring prior to 04/30/2016 is not covered by the policy. The allegations of the Complaint refer to actions occurring before April 30, 2016, particularly an allegation that in March 2015, the school district responded to the Amended Due Process Complaint explaining how that complaint "was factually and legally without merit." Once again, we suggest that this suit be reported to the liability insurer for Roderick, Linton Belfance LLP, or any other insurer that may provide coverage to you, as most insurers provide coverage to former lawyers while they were with the insured law firm.

Most importantly, though, is that, regardless of the timing of any events in the course of litigation, Exclusion (n)(2) of the OBLIC policy excludes coverage for any **"Claim"** for money damages for:

>  restitution, fines, penalties, sanctions or any award of attorney fees imposed against any Insured, and/or any other person or entity under any one or more of the following: Rule 11 of the Federal Rules of Civil Procedure, Rule 11 of the Ohio Rules of Civil Procedure, Ohio Revised Code Section 2323.51 (the "frivolous conduct" statute), **or under any other federal, state or local statute or rules of procedure or common law designed to deter frivolous conduct by any party or attorney engaged in litigation** (emphasis added).

Exclusion (n)(2) of the policy (emphasis added). The Complaint asserts claims based on 20 U.S.C. §1415(i)(3)(B)(i)(II & III):

For Overnight Mail:      800.227.4111      www.oblic.com
1650 Lake Shore Drive, Suite 285    Fax: 614.488.7936
Columbus, OH 43204-4894



OHIO BAR LIABILITY INSURANCE COMPANY                    1650 Lake Shore Drive, Suite 285, Columbus, Ohio 43204-4894

> In any action or proceeding brought under this section, the court, in its discretion, may award reasonable attorneys' fees as part of the costs –
> (I) . . .
> (II) to a prevailing party who is a State educational agency or local education agency against the attorney of a parent who files a complaint or subsequent cause of action that is frivolous, unreasonable, or without foundation, or against the attorney of a parent who continued to litigate after the litigation clearly became frivolous, unreasonable, or without foundation; or
> (III) to a prevailing State education agency or local educational agency against the attorney of a parent, or against the parent, if the parent's complaint or subsequent cause of action was presented for any improper purpose, such as to harass, to cause unnecessary delay, or to needless increase the cost of litigation.

The above statute seeks to deter frivolous conduct against State educational agencies or local education agencies. The claims asserted by the Claimants fall squarely within Exclusion (n)(2) and as such, are not covered by your OBLIC policy.

For these reasons, OBLIC is not providing coverage or a defense to this Complaint. We strongly suggest that this suit be reported to any commercial liability or umbrella insurer, or any other insurer that may provide coverage to you

If you believe we have overlooked anything, or if the status of the litigation changes, please contact me for further discussion.

Sincerely,

Ohio Bar Liability Insurance Co.,
By Frederick Hunker, VP of Claims

For Overnight Mail:
1650 Lake Shore Drive, Suite 285
Columbus, OH 43204-4894

800.227.4111
Fax: 614.488.7936

www.oblic.com