## CLEVELAND HEIGHTS-UNIVERSITY HEIGHTS
## CITY SCHOOL DISTRICT
### SECTION 504 WRITTEN NOTICE TO PARENTS

Date: 4/21/2015

Student's Full Name: Ayan N aser Burton    Date of Birth: 05/18/1996

This is to notify you of the district's action regarding _____ Ayan's 504 Plan.

1. **Description of the action:**
   - [✓] Propose to initiate an evaluation
   - [ ] Refusal to initiate an evaluation
   - [ ] Reevaluation
   - [ ] Changes regarding the identification, evaluation or educational placement of the child
   - [ ] 504 issues/meetings where the parent(s) disagree with the district
   - [ ] Other

2. **A description of the action proposed or refused by the school district and the reasons for taking the action:**

   The District proposes an evaluation due to a suspected 504 disability. Ayan has mental health diagnoses and reports anxiety that adversely affects his educational functioning.



3. **A description of each evaluation procedure, assessment, record or report the school district used as a basis for the proposed or refused action:**

   Ayan has been diagnosed with Adjustment Disorder Mixed Emotion/Conduct. A report from Dr. Bell (4/1/2015) states "the client has intense emotional outbursts and reportedly hypersensitive to criticism. He has reactive anger which is triggered by being placed in a potentially embarrassing or humiliating situations." A report from Aloha Behavioral Consultants in Utah from 1/16/2013 indicates a diagnosis of depressive disorder. These reports were received by the District 4/2015.

4. **A description of other factors that are relevant to the school district's proposal or refusal:**

   Ayan is currently attending the CHUH AEP and Options Program with on line coursework and credit recovery. He is close to completing graduation requirements. Ayan reports he gets overwhelmed when he thnks about the amount of work that he needs to complete, but that he has the skills and confidence to get everything done.

5. **Provision of procedural safeguards:**

*Section 504 Written Notice to Parents Form (Page 1 of 2)*
*1-3-11*

D000015


5:17-cv-00883
Defendants' Answer Exhibit 1
504 Written Notice to Parents

## SECTION 504 PARENT/CHILD RIGHTS AND PROCEDURAL SAFEGUARDS
### Section 504 Parent/Child Rights and Procedural Safeguards

1. Your child has a right to take part in and receive benefits from public education programs without discrimination based on a disability.
2. You have the right to receive written notice prior to any action by the district in regard to the identification, evaluation, or placement of your child.
3. Your child has a right to an evaluation prior to the development of an initial § 504 plan and any subsequent significant change in placement. Your child is eligible for a free appropriate public education ("FAPE") under § 504 of The Rehabilitation Act of 1973 if the § 504 Team determines that your child has a physical or mental impairment that substantially limits one or more major life activities, including the provision of regular or special education and related aids and services that are designed to meet the individual educational needs of the student as adequately as the needs of students without disabilities are met and that are based upon adherence to Section 504's procedural requirements. Major life activities include, but are not limited to, caring for one's self, performing manual tasks, walking, seeing, hearing, speaking, breathing, eating, sleeping, standing, lifting, bending, reading, concentrating, thinking, communicating, working, and learning, or the operation of a major bodily function, including but not limited to, functions of the immune system, normal cell growth, digestive, bowel, bladder, neurological, brain, respiratory, circulatory, or endocrine functions.
4. The district shall consider information from a variety of sources, including (as appropriate) but not limited to aptitude and achievement tests, teacher recommendations, physical condition, social and cultural background, adaptive behavior, medical reports, student grades, progress reports, parent observations, anecdotal reports, and test scores when making eligibility, educational, and placement decisions under § 504.
5. Eligibility decisions must be made by a group of persons knowledgeable about your child, the meaning of the evaluation data, and the placement options.
6. If eligible as disabled under § 504, your child has a right to periodic reevaluations, generally every three years, before your child's placement is terminated or significantly changed, and if otherwise determined to be necessary.
7. Your child has the right to a free appropriate public education ("FAPE"), meaning the provision of education and related services without cost to the person with a disability or his or her parents or guardians except for those fees that are imposed equally on non-disabled students or their parents.
8. Your child has a right to access facilities, services, and activities that are comparable to those provided for non-disabled students.
9. You have the right to examine educational records of your child and obtain copies at a reasonable cost.
10. With respect to actions regarding the identification, evaluation, or educational placement of your child under Section 504, you have the right to notice, an opportunity to examine relevant records, an impartial hearing with opportunity for participation by you and representation by counsel, and a review procedure.
11. If you wish to challenge the actions of the district's § 504 Team in regard to your child's identification, evaluation, or educational placement, you should file a written request for a due process hearing with the district's § 504 Compliance Officer at Cleveland Heights-University Heights City School District, 2155 Miramar Boulevard, University Heights, Ohio 44118, within 30 calendar days from the time you received written notice of the § 504 Team's action(s). A hearing will be scheduled before an impartial hearing officer selected and appointed by the district and you will be notified in writing of the date, time, and place for the hearing.
12. If you disagree with the decision of the impartial hearing officer appointed by the district, you have a right to a review of that decision by a court of competent jurisdiction. If a court will not hear the matter, however, it is the District's obligation to provide a review procedure.
13. You have the right to file a complaint with the United States Department of Education, Office for Civil Rights (OCR) at any time. OCR may be contacted at 600 Superior Avenue, East, Suite 750, Cleveland, Ohio 44114-2611.

| Jeanne Wagoner | School Psychologist |
|---|---|
| Name | Title |
| Heights High | 320-3136 |
| Address | Telephone |
| Cleveland Hts. Ohio 44118 | J_wagoner@chuh.org |
| City, State, and Zip | E-mail |
| CH-UH | |
| School District | |



*Section 504 Written Notice to Parents Form (Page 2 of 2)*
*1-3-11*

D000016

00102